# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>TIMOTHY JEFFREY MONAHAN<br><br>*Defendant(s)* | Case No.   3:24-mj-00118-1 |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 9, 2024 to June 7, 2024  in the county of  Clackamas and Multnomah  in the District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and 841(b)(1)(C) | Distribution and Possession with Intent to Distribute Cocaine, a Schedule II controlled substance. |
| 18 U.S.C. § 924(c) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

/s/ by phone
*Complainant's signature*

Andrew Drakos, FBI Task Force Officer, CCITF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at   10:40   a.m./p.m.

Date:  June 9, 2024

*Judge's signature*

City and state:   Portland, Oregon    Hon. Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*